HAILYN J. CHEN (State Bar No. 237436)
hailyn.chen@mto.com
JOHN B. MAJOR (State Bar No. 306416)
John.Major@mto.com
ARIEL T. TESHUVA (State Bar No. 324238)
Ariel.Teshuva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

JEROME MAYER-CANTÚ (State Bar No. 291623)
jerome.mayer-cantu@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607-5200
Telephone: (510) 987-9800
Facsimile: (510) 987-9757

Attorneys for Defendant
The Regents of the University of California

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOE, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation; and DOES 1 to 50 inclusive,<br><br>　　　　　Defendants. | Case No. 8:21-cv-1807-JVS-DFM<br><br>**JOINT STIPULATION REGARDING BRIEFING AND HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

Plaintiff John Doe and Defendant The Regents of the University of California, (together "the Parties"), by and through their counsel of record, stipulate and agree as follows:

WHEREAS the Court entered, at the Parties' request, the following schedule for the filing of Plaintiff's First Amended Complaint and Defendant's Motion to Dismiss Plaintiff's First Amended Complaint and the Rule 26(f) Conference:

    1.    December 27, 2021 – Deadline to file First Amended Complaint

    2.    January 24, 2022 – Defendant's Motion to Dismiss due

    3.    February 14, 2022 – Plaintiff's Opposition due

    4.    February 28, 2022 – Defendant's Reply due

    5.    March 14, 2022, at 1:30 p.m., or at the Court's convenience – Hearing

    6.    April 7, 2022, or at the Court's convenience – Rule 26(f) Conference

WHEREAS Plaintiff filed his First Amended Complaint on December 27, 2021;

WHEREAS Defendant intends to file a motion to dismiss Plaintiff's First Amended Complaint on January 24, 2021;

WHEREAS a conflict has arisen for counsel for Defendant on March 14, 2021, that will prevent counsel for Defendant from being available for the hearing;

WHEREAS the Parties agree that if the hearing date is moved, the briefing deadlines for the Opposition and Reply should also be moved;

WHEREAS the Parties agree that in the interests of judicial efficiency, the Rule 26(f) Conference should be postponed to a time after Defendant's motion to dismiss is heard;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the respective counsel for the Parties, that the following briefing schedule will apply to briefing regarding Defendant's Motion to Dismiss Plaintiff's First Amended Complaint:

    1.    February 28, 2022 – Plaintiff's Opposition due

2. March 14, 2022 – Defendant's Reply due

3. March 28, 2022, at 1:30 p.m., or at the Court's convenience – Hearing

4. April 21, 2022, or at the Court's convenience – Rule 26(f) Conference

IT IS SO STIPULATED.

DATED: January 24, 2022      MUNGER, TOLLES & OLSON LLP

By:     */s/ Ariel T. Teshuva*
       ARIEL T. TESHUVA
Attorneys for Defendant
The Regents of the University of California

DATED: January 24, 2022      HATHAWAY PARKER

By:     */s/ Mark M. Hathaway*
       MARK M. HATHAWAY
       JENNA E. PARKER
Attorneys for Plaintiff
John Doe

**FILER'S ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2), I, Ariel T. Teshuva, certify that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

DATED: January 24, 2022                MUNGER, TOLLES & OLSON LLP


By:    */s/ Ariel T. Teshuva*
          ARIEL T. TESHUVA
Attorneys for Defendant
The Regents of the University of California