# EXHIBIT G

ELECTRONICALLY FILED
Superior Court of California,
County of Orange

12/04/2018 at 11:55:00 AM

Clerk of the Superior Court
By Julie Carney, Deputy Clerk

HAILYN J. CHEN (State Bar No. 237436)
hailyn.chen@mto.com
JOHN B. MAJOR (State Bar No. 306416)
john.major@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

CHARLES F. ROBINSON (State Bar No. 113197)
General Counsel
MARGARET WU (State Bar No. 184167)
Deputy General Counsel
SONYA U. SANCHEZ (State Bar No. 247541)
Senior Counsel
sonya.sanchez@ucop.edu
University of California
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607-5200
Telephone:  (510) 987-9800
Facsimile:  (510) 987-9757

Attorneys for Defendants
JOHN ROE and JANE ROE

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

| | |
|---|---|
| JOHN DOE, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN ROE, an individual; JANE ROE, an individual; and DOES 1 through 20,<br><br>　　　　　Defendants. | Case No. 30-2018-00968408-CU-NP-CJC<br><br>**ORDER GRANTING DEFENDANTS' SPECIAL MOTION TO STRIKE PURSUANT TO C.C.P. § 425.16 AND OVERRULING DEFENDANTS' DEMURRER AS MOOT** |

1    The Special Motion to Strike Pursuant to C.C.P. § 425.16 ("Motion") and Demurrer of Defendants John Roe and Jane Roe came on regularly for hearing on September 20, 2018, at 1:30 p.m., in the Superior Court of the County of Orange, the Honorable Glenn R. Salter presiding. Defendants appeared by and through their attorney John B. Major. Plaintiff appeared by and through his attorney Mark Hathaway.

The Court, having reviewed the Motion, the Opposition to the Motion, the Reply in Support of the Motion, the parties' supplemental briefing, and all papers filed in connection thereto, HEREBY GRANTS the Motion. It is ORDERED that Plaintiff's malicious prosecution and abuse of process claims against Defendants John Roe and Jane Roe are STRICKEN and Plaintiff's Complaint is DISMISSED. Judgment shall be entered for Defendants.

Pursuant to Code of Civil Procedure section 425.16(c)(1), Defendants "shall be entitled to recover [their] attorney's fees and costs." Defendants may seek their attorney's fees and costs either "by a subsequent noticed motion" or "as part of a cost memorandum." (*Melbostad v. Fisher* (2008) 165 Cal.App.4th 987, 992.)

In light of the Court's decision to grant Defendants' Motion, the Court hereby takes OFF CALENDAR all other motions as MOOT.

**IT IS SO ORDERED.**

**Date Judge Signed: December 04, 2018**

---
HON. GLENN R. SALTER
JUDGE OF THE SUPERIOR COURT