# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:21-cv-01807-JVS (DFMx) | Date | April 4, 2022 |
| Title | John Doe v. Regents of the University of California | | |

| | |
|---|---|
| Present: The Honorable | **James V. Selna, U.S. District Court Judge** |

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order Regarding Hearing Request**

On March 29, 2022, Plaintiff filed a request for oral argument, advancing various reasons why he believes a hearing is necessary. See Dkt. 26.

The Court requests that the University file a brief, not to exceed five pages, responding to the arguments in Plaintiff's request, by Tuesday, April 12, 2022 at 5:00 p.m.

**IT IS SO ORDERED.**

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |