UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 21-01807JVS(DFMx)                Date   April 19, 2022

Title      John Doe v Regents of the University of California, et al

Present: The
Honorable          **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] ORDER RE SCHEDULING DATES**

The Court has read and considered the parties Rule 26(f) Report and sets the following dates:

**Jury Trial**                              **June 6, 2023 at 8:30 a.m.**
   File Findings of Fact and Conclusions of Law by May 30, 2023
**Final PreTrial Conference**        **May 22, 2023 at 11:00 a.m.**
   File PreTrial Documents not later than May 16, 2023
   File motions in limine not later than April 24, 2023
**Discovery Cut-off**                   **February 21, 2023**
**Expert Discovery Cut-off**        **May 8, 2023**
   Initial disclosure of Experts not later than March 8, 2023
   Rebuttal disclosure of Experts not later than April 24, 2023
**Law and Motion Cut-off**          **April 17, 2023 at 1:30 p.m.**
   Motions to be filed and served not later than March 20, 2023

Counsel shall make an ADR selection within 7 days and file a brief with the Court stating their selection.  Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

**The Scheduling Conference set for April 21, 2022 at 10:30 a.m. is VACATED.**

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |