**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES CLOSING

Case No   SACV 21-01807JVS(DFMx)                    Date: April 27, 2022

Title: John Doe v Regents of the University of California

Present   JAMES V. SELNA, United States District Court Judge

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| Not Present | Not Present |

Proceedings:          ☐ In Court          X In Chambers          ☐ Counsel Notified

☐   Case previously closed in error.  Make JS-5.

X   Case should have been closed on docket entry #32 on April 26, 2022. Make JS-6.

☐   Case settled but may be reopened if settlement is not finalized within ___ days.  Make JS-6.

☐   Other: _____.

☐   Entered _____.

CV-74 (08/97)                                          Initials by Deputy Clerk     lmb