Name: Mark M. Hathaway (SBN 151332)
Address: 445 S. Figueroa Street, 31st Floor
City, State, Zip: Los Angeles, California 90071
Phone: (213) 529-9000
Fax: (213) 529-0783
E-Mail: mark@hathawayparker.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOHN DOE

PLAINTIFF(S),

v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA

DEFENDANT(S).

CASE NUMBER: 8:21-cv-01807-JVS-DFM

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that __John Doe__ hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify): Motion to Dismiss

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on __April 26, 2022__. Entered on the docket in this action on __April 26, 2022__.

A copy of said judgment or order is attached hereto.

May 23, 2022
Date

*[signature]*
Signature

☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).