| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 15 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JOHN DOE, an individual,

    Plaintiff-Appellant,

 v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,

    Defendant-Appellee.

No. 22-55520

D.C. No. 8:21-cv-01807-JVS-DFM
Central District of California, Santa Ana

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 17), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Kyungah "Kay" Suk
Circuit Mediator

Mediation